UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**SELVIA M. HINES**,

      Plaintiff,

vs.

Case No. 2:21-cv-11904
Hon. George Caram Steeh

**OAKLAND COMMUNITY COLLEGE,**

      Defendant.

___

## STIPULATED ORDER OF DISMISSAL

This matter having come before the Court pursuant to the stipulation of the parties, through their undersigned counsel, and the Court being otherwise fully advised in the premises:

IT IS ORDERED that this action is dismissed with prejudice and without costs or attorneys' fees to any party.

This Order resolves the last pending claims and closes the case.

SO ORDERED.

Dated: January 14, 2022

          s/George Caram Steeh
          GEORGE CARAM STEEH
          United States District Judge

**Stipulated as to Form and Content:**

| | |
|---|---|
| GASIOREK MORGAN | KELLER THOMA, P.C. |
| _/s/Donald J. Gasiorek_ | _/s/Gouri G. Sashital (by Consent)_ |
| Donald J. Gasiorek (P24987) | Gouri G. Sashital (P64628) |
| Gregory Jones (P75318) | Attorneys for Defendant |
| Attorneys for Plaintiff | 26555 Evergreen Road, Suite 500 |
| 30500 Northwestern Hwy, Ste 425 | Southfield, MI  48076 |
| Farmington Hills, MI  48334 | (313) 965-7610/(313) 965-4480 (Fax) |
| (248) 865-0001/(248) 865-0002(Fax) | gsr@kellerthoma.com |
| dgasiorek@gmgmklaw.com | |
| gjones@work-lawyers.com | |